**Israel HIDALGO, Petitioner–Appellant,**

v.

**UNITED STATES of America; Dan
Dove, Warden Federal Correctional
Institution Edgefield, Respondents–
Appellees.**

No. 02–7898.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

Israel Hidalgo, Appellant Pro Se.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Israel Hidalgo, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hidalgo v. United States*, No. CA–02–2242 (D.S.C. Nov. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*